ORIGINAL

FILED
U.S. DIST COURT
BRUNSWICK DIV

UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF GEORGIA

BRUNSWICK DIVISION

JUL 8  4 19 PM '94

CLERK
SO. DIST. OF GA.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | INFORMATION No. CR294-40 |
| ) | |
| v. ) | VIO: 18 U.S.C. 7 |
| ) | 18 U.S.C. 13 |
| TYRONE D. SALAZAR ) | O.C.G.A. |
| ) | 40-6-391(a)(1) |
| ) | 40-6-391(a)(4) |
| ) | DUI on a Military |
| ) | Reservation |

THE UNITED STATES ATTORNEY CHARGES:

That on or about the 17th day of June 1994, at Naval Submarine Base, Kings Bay, on lands acquired for the use of the United States and within the special maritime and territorial jurisdiction thereof, in Camden County, Georgia and located within the Southern District of Georgia, Tyrone D. Salazar was unlawfully driving and was in actual physical control of a moving vehicle while under the influence of alcohol to the extent that it was less safe for him to drive, such act done in violation of Title 18, United States Code, Sections 7 and 13 and the Official Code of Georgia Annotated, Section 40-6-391(a)(1).

THE UNITED STATES ATTORNEY FURTHER CHARGES:

That on or about the 17th day of June 1994, at Naval Submarine Base, Kings Bay, on lands acquired for the use of the United States and within the special maritime and territorial jurisdiction thereof, in Camden County, Georgia, and located within the Southern District of Georgia, Tyrone D. Salazar was unlawfully driving or in actual physical control of a moving vehicle while his alcohol concentration was in excess of .08

grams, said alcohol concentration being .18 grams by weight, being caused by the consumption of alcohol before such driving and actual physical control ended, and occurring within three (3) hours after such driving and being in actual physical control of an automobile, such act done in violation of Title 18, United States Code, Sections 7 and 13 and the Official Code of Georgia Annotated, Section 40-6-391-(a)(4).

    Respectfully submitted,

HARRY D. DIXON, JR.
United States Attorney

_____
Assistant United States Attorney

ROBERT K. LARSON, JR.
Special Assistant
United States Attorney