FILED
U.S. DIST COURT
BR[...]

SEP 13  1 16 PM '94

CLERK _L. LaVictoire_
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF GEORGIA

BRUNSWICK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Information No. CR294-40 |
| | ) | |
| v. | ) | VIO:  18 U.S.C. 7 |
| | ) | 18 U.S.C. 13 |
| TYRONE D. SALAZAR | ) | O.C.G.A. |
| | ) | 40-6-391(a)(1) |
| | ) | 40-6-391(a)(4) |
| | ) | DUI on a Military |
| | ) | Reservation |

ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed heron, the United States Attorney for the Southern District of Georgia hereby dismisses the information in the above-styled case without prejudice.

_Fred Bissinger_
FREDRICK J. BISSINGER
Special Assistant
United States Attorney

Leave of court is granted for the filing of the foregoing dismissal.

This ___13th___ day of September, 1994

_James E. Graham_
JAMES E. GRAHAM
United States District Judge
Southern District of Georgia

16